## SIMCOX *v.* MADIGAN, WARDEN.

No. 699, Misc.   Decided June 5, 1961.

Petitioner *pro se.*

*Solicitor General Cox, Acting Assistant Attorney General Doar, Harold H. Greene* and *David Rubin* for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is reversed and the case remanded for a hearing as suggested by the Solicitor General.   *Ellis* v. *United States,* 356 U. S. 674.